UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT L. SALIM,** | * | **CIVIL ACTION NO. 1:19-cv-00442** |
| **Plaintiff** | * | |
| | * | **SECTION " "** |
| **VERSUS** | * | |
| | * | **JUDGE** _____ |
| **BLUE CROSS and BLUE SHIELD OF LOUISIANA,** | * | |
| | * | |
| **Defendant** | * | **MAGISTRATE** _____ |
| * * * * * * | | |

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana, which files this Corporate Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1 asserting that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

Respectfully submitted:

By:   */s/ Allison N. Pham*
      Allison Nunley Pham (LA Bar No. 29369)
      Charles A. O'Brien, III (LA Bar No. 10143)
      Jessica W. Chapman (LA Bar No. 31097)
      Richard A. Sherburne, Jr. (LA Bar No. 02106)
      5525 Reitz Avenue (70809)
      Post Office Box 98029
      Baton Rouge, Louisiana 70898-9029
      Telephone: (225) 295-2199
      Facsimile: (225) 297-2760
      Allison.Pham@bcbsla.com
      Andy.O'Brien@bcbsla.com
      Jessica.Chapman@bcbsla.com
      Richard.Sherburne@bcbsla.com

Attorneys for Defendant Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **CORPORATE DISCLOSURE STATEMENT** has been served on all counsel of record by depositing a copy of same in the United States Mail, postage prepaid and properly addressed, to the last known address as follows:

Ronald E. Corkern, Jr.
CORKERN, CREWS, GUILLET & JOHNSON, LLC
P.O. Box 1036
Natchitoches, Louisiana 71458-1036

Baton Rouge, Louisiana, this 8th day of April, 2019.

            */s/ Allison N. Pham*
            Allison Nunley Pham