UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT L. SALIM | CASE NUMBER: 19-CV-00442 |
| VERSUS | JUDGE: DRELL |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, ET AL | MAGISTRATE JUDGE: PEREZ-MONTES |

**ORDER**

Considering the foregoing and the pleadings filed on behalf of LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA filed on June 21, 2019;

IT IS ORDERED, ADJUDGED AND DECREED that the Notice of Intent to Dismiss filed on June 17, 2019 is dismissed as moot.

Alexandria, Louisiana this **3rd** day of July, 2019

_____
HONORABLE JOSEPH H. L. PEREZ-MONTES,
MAGISTRATE JUDGE