# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **ROBERT L. SALIM,** | * | **CIVIL ACTION NO. 1:19-cv-00442** |
| *Plaintiff* | * | |
| **VERSUS** | * | |
| | * | **JUDGE DEE D. DRELL** |
| **LOUISIANA HEALTH SERVICE & INDEMNITY CO** | * | |
| | * | **MAGISTRATE JOSEPH H. L. PEREZ-MONTES** |
| *Defendant* | * | |

\* \* \* \* \* \* \*

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD UNDER SEAL

Considering Defendant's Unopposed Motion for Leave to File the Administrative Record Under Seal;

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the motion is **GRANTED,** and the Administrative Record shall be filed under seal.

Thus done and signed in Alexandria, Louisiana, on this 24th day of February 2020.

_____
United States Magistrate Judge