UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ROBERT L. SALIM** | **CIVIL DOCKET NO. 1:19-CV-00442** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LOUISIANA HEALTH SERVICE INDEMNITY CO. D/B/A BLUE CROSS & BLUE SHIELD OF LOUISIANA** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 39], and after a *de novo* review of the record, including the DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [Doc. 40], and having determined that the findings and recommendation are correct under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Salim and against BCBSLA on the issue of coverage for Salim's Proton Beam Therapy ("PBT") cancer treatments, and that BCBSLA is ORDERED to pay Salim's medical bills stemming from his receipt of the subject PBT cancer treatments.

THUS, DONE AND SIGNED in Chambers on this 29th day of June 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE