UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

ROBERT L. SALIM                                CASE NUMBER: 19-CV-00442

VERSUS                                         JUDGE: DRELL

LOUISIANA HEALTH SERVICE &
INDEMNITY COMPANY, ET AL                       MAGISTRATE JUDGE: PEREZ-MONTES

### PLAINTIFF'S MOTION FOR ATTORNEY FEES

NOW INTO COURT, through undersigned counsel, comes and appears ROBERT L. SALIM, who, with respect, moves this Honorable Court to award attorneys fees pursuant to ERISA section 502 (29 U.S.C. §1132(g)(1)). A memorandum in support is attached as well as an affidavit of time spent on this case.

/s/ Ronald E. Corkern, Jr.
RONALD E. CORKERN, JR., Bar Roll #4403
   Attorney for Salim
CORKERN, CREWS & GUILLET, L.L.C.
Post Office Box 1036
Natchitoches, Louisiana 71458-1036
Phone:  (318)352-2302
Fax:    (318)352-7548
E-mail: rcorkern@ccglawfirm.com

## CERTIFICATE

I hereby certify that on July 13, 2022 a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

/s/ Ronald E. Corkern, Jr.
OF COUNSEL