UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT L. SALIM | CASE NUMBER: 19-CV-00442 |
| VERSUS | JUDGE: DRELL |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, ET AL | MAGISTRATE JUDGE: PEREZ-MONTES |

### AFFIDAVIT OF RONALD E. CORKERN, JR.

Before me, the undersigned notary public, came and appeared RONALD E. CORKERN, JR. who did attest as follows:

1.

That he is a partner in the law firm of Corkern, Crews, Guillet & Johnson, LLC and is an attorney licensed to practice in the State of Louisiana since 1975. That he is admitted to practice before all federal courts in Louisiana and is lead counsel for Robert L. Salim in this matter.

2.

That as lead counsel, he is primarily responsible for devising and directing the plaintiff's strategy for this case; drafting Robert L. Salim's pleadings and briefs; taking the lead in crafting Robert L. Salim's discovery strategy; conducting a substantive review of documents produced by Defendants; directing the research of the legal issues pertaining to Robert L. Salim's claims in this matter and the instant motion; and investigating the factual

background and collecting documents to support Robert L. Salim's claims.

3.

That affiant agreed to represent Robert L. Salim on a contingency fee basis and thus time slips were not prepared as is customary when a client is represented on an hourly basis. Affiant has reconstructed the time spent in the representation of Mr. Salim by reviewing the notes, emails, correspondence, and pleadings in this matter and the attached itemization of services provided and time spent constitutes affiant's best estimate.

4.

That his firm was retained in this matter by Robert L. Salim on or about January 15, 2019.

5.

A true and correct copy of the contingency fee contract is attached hereto.

6.

That as a lawyer with 47 years of experience handling civil litigation, he has handled numerous civil matters through his career.

7.

Although this matter was taken on a contingency fee basis, he has spent approximately 51.7 hours on this matter and affiant suggests an hourly rate of $250.00 per hour is reasonable considering the complexity of the litigation and affiant's

experience.

8.

That through his experience as an attorney in litigation matters he is familiar with the reasonable and necessary work required by attorneys at various experience levels to succeed in pursuing cases such as this, is familiar with the customary and reasonable attorney's fees charged in this market for cases of this type, and is familiar with the work that his been done on this matter, and that, based upon his personal knowledge of the work done in this case, he has an opinion as to what reasonable attorney's fees would be on this matter.

9.

That the attached billing statements reflect reasonable attorney's fees for the work expended on this matter.

THUS DONE AND SIGNED this 12th day of July, 2022 in Natchitoches, Louisiana in the presence of undersigned competent witnesses and the undersigned notary public after due reading of the whole.

WITNESSES:

_____          _____
                                          RONALD E. CORKERN, JR.

_____

_____
NOTARY PUBLIC

LISA V. JOHNSON
NOTARY PUBLIC # 91282
STATE OF LOUISIANA
NATCHITOCHES PARISH
My Commission Expires with Life.

Page 3 of 3