# Corkern, Crews, Guillet & Johnson, LLC

Post Office Box 1036
Natchitoches, Louisiana 71458-1036
Phone: (318) 352-2302

# INVOICE

Invoice # 21307
Date: 07/12/2022

Robert Salim
1901 Texas Street
Natchitoches, Louisiana 71457

salimbluecross

## Salim v. Blue Cross

| Date | Timekeeper | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 01/15/2019 | RECjr | Conference with Salim re: suit against BlueCross | 1.50 | $250.00 | $375.00 |
| 01/18/2019 | RECjr | Reviewed insurance policy; reviewed documents and communication between Salim and Blue Cross | 3.00 | $250.00 | $750.00 |
| 02/12/2019 | RECjr | Reviewed ERISA Law | 2.50 | $250.00 | $625.00 |
| 02/13/2019 | RECjr | Prepare draft of petition against BlueCross; Letter to Salim | 1.40 | $250.00 | $350.00 |
| 02/20/2019 | RECjr | Conference with Salim to review petition and discuss ERISA | 1.00 | $250.00 | $250.00 |
| 02/28/2019 | RECjr | Reviewed and revised petition; Letter to clerk | 0.70 | $250.00 | $175.00 |
| 03/25/2019 | RECjr | Received correspondence from BlueCross | 0.20 | $250.00 | $50.00 |
| 03/27/2019 | RECjr | Received correspondence from BlueCross | 0.10 | $250.00 | $25.00 |
| 04/09/2019 | RECjr | Received and reviewed defendant's Petition for Remand to Federal Court; called Salim | 0.50 | $250.00 | $125.00 |
| 04/15/2019 | RECjr | Reviewed file; conference with Salim; email to Lisa Johnson | 1.00 | $250.00 | $250.00 |
| 04/22/2019 | RECjr | Reviewed new Federal Court decision in suit against United Healthcare for refusing to cover PBT; called Salim | 1.00 | $250.00 | $250.00 |
| 06/21/2019 | RECjr | Received and reviewed defendant's Answer and Affirmative Defenses; email to Salim | 0.40 | $250.00 | $100.00 |
| 07/23/2019 | RECjr | Reviewed file; called Allison Pham; prepare Plan of Work; letter to Allison | 1.50 | $250.00 | $375.00 |
| 08/01/2019 | RECjr | Reviewed all pleadings in Cunningham v. Aetna, No. CJ-2015-2826, U.S. District Court in Oklahoma | 2.50 | $250.00 | $625.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/13/2019 | RECjr | Called David Martin and discuss case; copied policy and other documents and sent to Martin | 1.40 | $250.00 | $350.00 |
| 08/14/2019 | RECjr | Reviewed file; email to Martin | 0.20 | $250.00 | $50.00 |
| 08/20/2019 | RECjr | Received email from Martin; email to Martin | 0.20 | $250.00 | $50.00 |
| 10/01/2019 | RECjr | Received correspondence from Sherburne; reviewed Motion for Protective Order and proposed Protective Order; telephone conference with Salim | 1.00 | $250.00 | $250.00 |
| 10/10/2019 | RECjr | Reviewed Motion for Extension of Time | 0.20 | $250.00 | $50.00 |
| 10/19/2019 | RECjr | Reviewed file; telephone conference with Richard Sherburne; email to Sherburne; received email from Sherburne | 1.00 | $250.00 | $250.00 |
| 10/21/2019 | RECjr | Received and reviewed ERISA Case Order; memo to secretary | 0.50 | $250.00 | $125.00 |
| 10/24/2019 | RECjr | Received call from Salim; letter to Sherburne; received email from Sherburne | 0.70 | $250.00 | $175.00 |
| 12/04/2019 | RECjr | Conference with Salim; revised and finalized brief in response to ERISA Order | 3.50 | $250.00 | $875.00 |
| 12/16/2019 | RECjr | Talked with Sherburne re: agreement and extend deadlines | 0.20 | $250.00 | $50.00 |
| 12/17/2019 | RECjr | Received and reviewed draft of Motion to Extend Deadlines | 0.20 | $250.00 | $50.00 |
| 12/18/2019 | RECjr | Received Order granting Motion to Extend Deadlines; memo to secretary | 0.20 | $250.00 | $50.00 |
| 01/17/2020 | RECjr | Called Sherburne re: continuance of deadline; received and reviewed Motion to Continue | 0.40 | $250.00 | $100.00 |
| 01/21/2020 | RECjr | Received Order on Motion to Continue | 0.10 | $250.00 | $25.00 |
| 02/20/2020 | RECjr | Reviewed court's ERISA Order; received email from Sherburne; reviewed Group Benefit Plan and the Schedule of Benefits; reviewed proposed Joint Stipulation | 2.00 | $250.00 | $500.00 |
| 03/05/2020 | RECjr | Reviewed all invoices propounded by M.D. Anderson and Salim to determine amount paid for PBT; email to Salim | 2.50 | $250.00 | $625.00 |
| 03/11/2020 | RECjr | Reviewed file; email to Sherburne | 0.30 | $250.00 | $75.00 |
| 03/23/2020 | RECjr | Reviewed file; email to Sherburne | 0.30 | $250.00 | $75.00 |
| 05/19/2020 | RECjr | Reviewed file; prepare Request for Admissions and Interrogatories; Letter to Sherburne | 2.00 | $250.00 | $500.00 |
| 06/24/2020 | RECjr | Reviewed file; email to Sherburne; email to secretary | 0.40 | $250.00 | $100.00 |
| 07/06/2020 | RECjr | Received correspondence from Sherburne | 0.10 | $250.00 | $25.00 |
| 07/10/2020 | RECjr | Telephone conference with Sherburne; telephone conference with Salim | 0.20 | $250.00 | $50.00 |
| 07/23/2020 | RECjr | Talked with Sherburne; received and reviewed Motion to Continue | 0.30 | $250.00 | $75.00 |
| 07/24/2020 | RECjr | Received Order on Motion to Continue | 0.10 | $250.00 | $25.00 |
| 07/28/2020 | RECjr | Reviewed file; email to Salim; received email from Salim | 0.50 | $250.00 | $125.00 |

| Date | | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/2020 | RECjr | Received email from Chapaton; reviewed file; email to Doug Chapaton | 0.30 | $250.00 | $75.00 |
| 12/01/2020 | RECjr | Reviewed Administrative Record filed by BlueCross; researched ERISA law; prepare draft of Motion for Leave to File; prepare brief in response to ERISA Order | 6.50 | $250.00 | $1,625.00 |
| 12/04/2020 | RECjr | Received and reviewed BlueCross' Brief in Support of Denial of Coverage; called Salim | 0.70 | $250.00 | $175.00 |
| 06/13/2022 | RECjr | Received and reviewed Report and Recommendation of Magistrate Judge; called Salim | 0.50 | $250.00 | $125.00 |
| 06/14/2022 | RECjr | Research attorney fees on ERISA claims | 1.00 | $250.00 | $250.00 |
| 06/14/2022 | RECjr | Review Report and Recommendations | 0.30 | $250.00 | $75.00 |
| 06/14/2022 | RECjr | Begin preparation of Motion and memorandum for attorney's fees | 2.00 | $250.00 | $500.00 |
| 06/22/2022 | RECjr | Received and reviewed report and recommendation; called client; email to LVJ | 0.60 | $250.00 | $150.00 |
| 06/23/2022 | RECjr | Continue work on motion for attorney fees | 1.50 | $250.00 | $375.00 |
| 07/06/2022 | RECjr | Finalize draft of memo in support of attorney's fees; prepare affidavit for Ronald Corkern | 2.50 | $250.00 | $625.00 |

|  |  |
|---|---|
| **Quantity Subtotal** | 51.7 |
| **Quantity Total** | 51.7 |
| **Subtotal** | $12,925.00 |
| **Total** | $12,925.00 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 21307 | 07/12/2022 | $12,925.00 | $0.00 | $12,925.00 |

|  |  |
|---|---|
| **Outstanding Balance** | $12,925.00 |
| **Amount in Trust** | $0.00 |
| **Total Amount Outstanding** | $12,925.00 |

### Trust Account

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
|  |  |  | Trust Account Balance |  | $0.00 |  |

Please make all amounts payable to: Corkern, Crews, Guillet & Johnson, LLC

Payment is due upon receipt.