## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT L. SALIM,** | * | **CIVIL ACTION NO. 1:19-cv-00442** |
| Plaintiff | * | |
| | * | |
| **VERSUS** | * | |
| | | **JUDGE DRELL** |
| | * | |
| **BLUE CROSS and BLUE SHIELD** | | |
| **OF LOUISIANA,** | * | |
| Defendant | * | **MAGISTRATE   PEREZ-MONTES** |

## ORDER

Considering the foregoing Motion For Attorney's Fees filed by Plaintiff;

**IT IS HEREBY ORDERED THAT:**

I. Plaintiff's Motion for Attorney's Fees is hereby GRANTED / DENIED.

II. That Plaintiff is awarded $_____ in attorney's fees and $_____ in costs.

Thus, done and signed in Alexandria, Louisiana, on this _____ day of _____, 2022.

_____
The Honorable Joseph H. L. Perez-Montes
United States Magistrate Judge