UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT L. SALIM | CASE NUMBER: 19-CV-00442 |
| VERSUS | JUDGE: DRELL |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, ET AL | MAGISTRATE JUDGE: PEREZ-MONTES |

<u>AMENDED AND SUPPLEMENTAL AFFIDAVIT OF RONALD E. CORKERN, JR.</u>

Before me, the undersigned notary public, came and appeared RONALD E. CORKERN, JR. who did attest as follows:

1.

That he wishes to amend and supplement his previously filed Affidavit (Doc. 42-2) as follows:

2.

That since he filed the Motion for Attorney's Fees (Doc. 42), he has incurred an additional 37.7 hours of time in responding to defendant's appeal and opposition to the motion for attorney's fees as well as responding to the appeal of the merits of the case. He has also incurred an additional $100.00 in expenses.

3.

That the attached billing statement reflects the additional time and attorney's fees for the work expended on this matter.

4.

That although he originally took this case on a contingency fee basis, he suggests an hourly rate of $350.00 per hour is reasonable considering the complexity of the litigation and experience, reputation and skill.

5.

A true and correct copy of the contingency fee contract is attached hereto.

6.

That in all other respects the original Affidavit of Ronald E. Corkern, Jr. (Doc. 42-2) is adopted and reiterated as if set forth fully herein.

THUS DONE AND SIGNED this 13th day of July, 2023 in Natchitoches, Louisiana in the presence of undersigned competent witnesses and the undersigned notary public after due reading of the whole.

WITNESSES:

_____          _____
                                         RONALD E. CORKERN, JR.

_____

                                         _____
                                         NOTARY PUBLIC

LISA V. JOHNSON
NOTARY PUBLIC # 91282
STATE OF LOUISIANA
NATCHITOCHES PARISH
My Commission Expires with Life.