Natchitoches, Louisiana

    I hereby retain and employ the Law Firm of **CORKERN, CREWS, GUILLET & JOHNSON, L.L.C.** as my attorneys to prosecute and/or settle all claims for damages against BLUE CROSS/BLUE SHIELD who shall be liable on account of <u>the failure to pay for medical expenses for cancer treatment</u>. In consideration for services rendered and to be rendered, I hereby assign, transfer, and deliver unto the Law Firm of CORKERN, CREWS, GUILLET & JOHNSON, L.L.C. an undivided <u>one-third</u> ( 1/3 %) percent in and of any said claim or suit I have or may have in this matter, if same is based on damages and said damages are recovered by way of amicable settlement before suit is filed. If litigation is necessary and the amounts recovered after the filing of a lawsuit, then I assign, transfer and deliver unto the Law Firm of CORKERN, CREWS, GUILLET & JOHNSON, L.L.C. an undivided <u>one-third</u> ( 1/3 %) in and of any said claim or suit I have or may have. In the event a final judgment is obtained after an appearance by attorneys in the Court of Appeal or Supreme Court of Louisiana, the fee shall be <u>one-third</u> ( 1/3 %) of any and all amounts received and/or recovered.

    In the event of recovery under the Workers' Compensation Laws of Louisiana, the attorney's fees shall be governed by the provisions of the Louisiana Workers' Compensation Act.

    It is further understood and agreed that in addition to the above attorney's fees, all Court costs, subpoena costs, photographs, depositions, court reporters' costs, reports, witness statements, and expenses, which shall include copying, telephone expenses, expert witness charges, computer services and other such expenses directly incurred in investigating or litigating this claim shall be paid by the undersigned client(s).

    It is further understood and agreed that neither I, nor my attorney, may settle, compromise, dispose of, or in any way discontinue my claim and/or suit without the express written consent of the other.

    After having all of the above read and/or fully explained to me, I do hereby sign my name on this 14th day of February, 2019.

_____
ROBERT SALIM

**CORKERN, CREWS, GUILLET & JOHNSON, L.L.C.**