```
                    UNITED STATES DISTRICT COURT

                    WESTERN DISTRICT OF LOUISIANA

                         ALEXANDRIA DIVISION


ROBERT L. SALIM                          CASE NUMBER: 19-CV-00442

VERSUS                                   JUDGE: DRELL

LOUISIANA HEALTH SERVICE &
INDEMNITY COMPANY, ET AL                 MAGISTRATE JUDGE: PEREZ-MONTES
```

**<u>AMENDED AND SUPPLEMENTAL BRIEF IN SUPPORT OF<br>MOTION FOR ATTORNEY FEES</u>**

MAY IT PLEASE THE COURT:

Plaintiff amends and supplements his previously filed Motion for Attorney's Fees (Doc. 42) as follows:

Plaintiff's counsel originally agreed to represent Robert L. Salim on a contingency fee basis. By Amended Judgment (Doc. 48), the Court ordered that this case "shall be remanded to the Plan Administrator for submission of those claims by Salim and/or his medical care providers, and for a full and fair determination of benefits due under the Plan as to those claims. To the extent the Plan Administrator does not pay in full the costs billed to Plaintiff for his PBT treatment, this Court shall retain jurisdiction to provide any further relief requested." Plaintiff shows that despite this ruling from the Court, to date, the Plan Administrator has failed and refused to determine the amounts to be paid to Salim under the plan.

-1-

As set forth in his original motion (Doc. 42), Plaintiff shows that the amount of the Proton Beam Therapy is in excess of $75,000.00. Under the contingency fee agreement, one-third (1\3) of $75,000.00 is $25,000.00. Again, $75,000.00 is the minimum cost of the Proton Beam Therapy so $25,000.00 should be the minimum amount awarded for attorney's fees in this case.

Alternatively, in the event that this Honorable Court determines that attorney's fees should not be calculated on a contingency fee basis and that the lodestar method is the appropriate method to calculate attorney's fees, plaintiff shows that an approximate total of 89.4 attorney hours have been expended on this matter. Plaintiff's original Motion for Attorney's Fees (Doc. 42) asserted that 51.7 hours had been expended. However, since the filing of that motion, defendants have filed an Appeal and Objection to the Order Granting Attorney's Fees (Doc 46) and have also filed an appeal with the U.S. 5th Circuit Court of Appeal on the overall merits of the case. Plaintiff's attorney has expended an additional 31.7 hours responding which includes, but is not limited to, responding to defendant's opposition and appeals.

Plaintiff's original motion set forth a reasonable hourly market rate of $250.00 per hour. However, given that $250.00 is actually a lower than average market rate for the complexity involved in this type of case and also considering plaintiff attorney's experience, reputation, and skill, a rate of $350.00 per

hour would be a more reasonable market rate for representation in this case. At a rate of $350.000 per hour, 89.4 hours would total $31,290.00 in attorney's fees. Once you add in the $350.00 for filing fees and an additional $100.00 in expenses, the total figure comes to $31,740.00. Further, once you apply the 12 *Johnson* factors as set forth more fully in plaintiff's original motion (Doc. 42) to the facts of this case, an upward increase in the Lodestar is warranted.

## Conclusion

Plaintiff hereby requests this Honorable Court award attorney's fees and costs to be paid by defendants in the amount of $31,740.00 and further that the total amount be increased based upon the *Johnson* factors.

Other than the amended and supplemented amount of attorney's fees, costs, and expenses, as set forth above, plaintiff reiterates all facts, law and argument set forth in his Motion for Attorney's Fees (Doc. 42) and Opposition to Defendant's Appeal and Objections to Magistrate Judge's Order Granting Plaintiff's Motion for Attorney's Fees (Doc. 49)as if set forth fully herein.

*S/Ronald E. Corkern, Jr.*
RONALD E. CORKERN, JR., Bar Roll #4403
   Attorney for Salim
CORKERN, CREWS & GUILLET, L.L.C.
Post Office Box 1036
Natchitoches, Louisiana 71458-1036
Phone:  (318)352-2302
Fax:  (318)352-7548
E-mail: rcorkern@ccglawfirm.com

**CERTIFICATE**

    I hereby certify that on July 17, 2023 a copy of the foregoing Amended and Supplemental Brief in Support of Motion for Attorney's Fees was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*S/Ronald E. Corkern, Jr.*
OF COUNSEL