# Corkern, Crews, Guillet & Johnson, LLC

Post Office Box 1036
Natchitoches, Louisiana 71458-1036
Phone: (318) 352-2302

# INVOICE

Invoice # 22306
Date: 07/07/2023

Robert Salim
1901 Texas Street
Natchitoches, Louisiana 71457

**salimbluecross**

## Salim v. Blue Cross

### Services

| Date | Timekeeper | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 07/12/2022 | RECjr | Research on contingency fees and ERISA | 1.00 | $250.00 | $250.00 |
| 07/12/2022 | RECjr | Revise Motion for Attorney's Fees | 2.00 | $250.00 | $500.00 |
| 07/12/2022 | RECjr | Review motion from Cox | 1.00 | $250.00 | $250.00 |
| 07/13/2022 | RECjr | Revise affidavit and motion | 0.50 | $250.00 | $125.00 |
| 07/13/2022 | RECjr | Prepare proposed order | 0.50 | $250.00 | $125.00 |
| 08/02/2022 | RECjr | Review motion for new trial filed by defendants | 0.50 | $250.00 | $125.00 |
| 08/02/2022 | RECjr | Research ERISA cases on damages | 1.00 | $250.00 | $250.00 |
| 08/02/2022 | RECjr | Begin preparation of opposition brief | 1.00 | $250.00 | $250.00 |
| 08/10/2022 | RECjr | Review appeal of attorney fees by defendant | 0.30 | $250.00 | $75.00 |
| 08/10/2022 | RECjr | Begin preparation of opposition to appeal of attorneys fees | 2.50 | $250.00 | $625.00 |
| 08/10/2022 | RECjr | Research for opposition to appeal of attorneys fees | 1.00 | $250.00 | $250.00 |
| 08/11/2022 | RECjr | Finalize opposition to new trial | 0.50 | $250.00 | $125.00 |
| 08/12/2022 | RECjr | Review order from court | 0.10 | $250.00 | $25.00 |
| 08/15/2022 | RECjr | Go through all orders of court | 0.30 | $250.00 | $75.00 |
| 08/15/2022 | RECjr | Revise opposition to appeal | 0.30 | $250.00 | $75.00 |
| 08/23/2022 | RECjr | Review reply brief from defendant | 0.20 | $250.00 | $50.00 |

| Date | | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 10/31/2022 | RECjr | Review all correspondence from fifth circuit; review appearance rules; review fifth circuit brief rules; set up brief | 1.50 | $250.00 | $375.00 |
| 10/31/2022 | RECjr | Begin work on appellant brief | 1.00 | $250.00 | $250.00 |
| 11/14/2022 | RECjr | Review appellant brief and excerpts | 0.80 | $250.00 | $200.00 |
| 11/28/2022 | RECjr | Work on downloading record on appeal; continue work on appeal brief | 1.50 | $250.00 | $375.00 |
| 11/28/2022 | RECjr | Research cases for appellee brief | 2.00 | $250.00 | $500.00 |
| 11/28/2022 | RECjr | Continue work on brief - standard of review | 1.00 | $250.00 | $250.00 |
| 11/28/2022 | RECjr | Prepare statement of the case | 1.00 | $250.00 | $250.00 |
| 11/29/2022 | RECjr | Prepare summary of argument | 1.50 | $250.00 | $375.00 |
| 12/01/2022 | RECjr | Work on appeal brief | 0.30 | $250.00 | $75.00 |
| 12/02/2022 | RECjr | Continue work on appellate brief | 2.00 | $250.00 | $500.00 |
| 12/05/2022 | RECjr | Reviewed pleadings; court orders and judgments in preparation for mediation conference; telephone conference with mediator and Blue Cross counsel | 1.50 | $250.00 | $375.00 |
| 12/05/2022 | RECjr | Prepare motion to unseal AR | 1.00 | $250.00 | $250.00 |
| 12/05/2022 | RECjr | Email to and from Douglas Chapoton | 0.20 | $250.00 | $50.00 |
| 12/05/2022 | RECjr | Continue work on brief | 1.50 | $250.00 | $375.00 |
| 12/06/2022 | RECjr | Continue work on appeal brief | 3.70 | $250.00 | $925.00 |
| 12/06/2022 | RECjr | Add citations to record on appeal | 1.00 | $250.00 | $250.00 |
| 12/07/2022 | RECjr | Corrections from REC; prepare table of contents | 1.50 | $250.00 | $375.00 |
| 12/29/2022 | RECjr | Review reply brief from Blue Cross | 0.20 | $250.00 | $50.00 |
| 01/03/2023 | RECjr | Email to RECjr re: reply brief | 0.10 | $250.00 | $25.00 |
| 01/30/2023 | RECjr | Pull all appeal filings | 0.20 | $250.00 | $50.00 |
| 04/20/2023 | RECjr | Locate and copy all pleadings in preparation for oral argument | 1.00 | $250.00 | $250.00 |
| 05/04/2023 | RECjr | Review ruling from 5th Circuit Court of Appeal | 0.50 | $250.00 | $125.00 |
| | | **Quantity Subtotal** | | | 37.7 |
| | | **Services Subtotal** | | | **$9,425.00** |

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 12/13/2022 | 7 Sprial Bound Notebooks | 1.00 | $100.06 | $100.06 |
| | **Expenses Subtotal** | | | **$100.06** |
| | **Quantity Total** | | | 37.7 |
| | **Subtotal** | | | **$9,525.06** |

|  |  |
|---|---|
| Total | $9,525.06 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 21307 | 07/12/2022 | $12,925.00 | $0.00 | $12,925.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 22306 | 07/07/2023 | $9,525.06 | $0.00 | $9,525.06 |

|  |  |
|---|---|
| Outstanding Balance | $22,450.06 |
| Amount in Trust | $0.00 |
| Total Amount Outstanding | $22,450.06 |

### Trust Account

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
|  |  |  | Trust Account Balance | | $0.00 | |

Please make all amounts payable to: Corkern, Crews, Guillet & Johnson, LLC

Payment is due upon receipt.