UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **ROBERT L. SALIM,** | * | **CIVIL ACTION NO. 1:19-cv-00442** |
| *Plaintiff* | * | |
| **VERSUS** | * | |
| | * | **JUDGE DAVID C. JOSEPH** |
| **LOUISIANA HEALTH SERVICE & INDEMNITY CO.,** | * | |
| *Defendant* | * | **MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTES** |

\*     \*     \*     \*     \*     \*

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES

**MAY IT PLEASE THE COURT**:

Defendant, Louisiana Health Service & Indemnity Company, d/b/a Blue Cross Blue Shield of Louisiana ("BCBSLA") files this Opposition to Robert Salim's, (hereafter; either "Salim or Plaintiff") Plaintiff's Amended and Supplemental Brief in Support of Motion for Attorney Fees (Doc. 59 ) for its Original  Motion for Attorney Fees (Doc. 42).

BCBSLA hereby adopts by reference its arguments in its Appeal and Objections to the Magistrate Judge's Order (Doc. 46) granting $25,000 in attorney fees (Doc. 43)  and BCBSLA's Reply (Doc. 50) to Plaintiff's Response (Doc. 49) in response to Plaintiff's Motion to Amend and Supplement (Doc. 59) for its Original Motion for Attorney Fees (Doc. 42).

Furthermore, the Plaintiff has alleged in its Motion (Doc. 59) that in its first Motion for Attorney Fees (Doc. 42) it argued that $250.00 per hour was a reasonable hourly rate.

1

Now,  in its  Motion to Amend and Supplement (Doc. 59 ) for its Original Motion for Attorney Fees (Doc. 42), Plaintiff argues that $350.00 per hour is now a reasonable hourly rate. Plaintiff provides no support or legal reasoning why the attorney fee calculation should be increased by $100.00 per hour.

## **CONCLUSION**

After a review of the record and BCBSLA's Oppositions, this Honorable Court should find that the award of attorney fees was in error and should be reversed. In the alternative, BCBSLA submits that a calculation needs to be performed and a reasonable amount should be awarded pursuant to the loadstar calculation if the court finds that the Plaintiff is entitled to attorney fees.

Respectfully Submitted:

By:      */s/ Douglas M. Chapoton*
Richard A. Sherburne (LA Bar No. 02106)
Jessica W. Chapman (LA Bar No. 31097)
Douglas M. Chapoton (LA Bar No. 25616)
Erica S. Aguillard (LA Bar No. 34753)
5525 Reitz Avenue (70809)
Post Office Box 98029
Baton Rouge, Louisiana 70898-9029
Telephone:   (225) 295-2116
Facsimile:     (225) 297-2760
Richard.Sherburne@bcbsla.com
Jessica.Chapman@bcbsla.com
Douglas.Chapton@bcbsla.com
Erica.Aguillard@bcbsla.com

*Attorneys for Defendant Louisiana Health Service &*
*Indemnity Company, d/b/a Blue Cross Blue Shield of*
*Louisiana*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by filing the same in this Court's CM/ECF system on this 10th  day of August 2023.


_____/s/ Douglas M. Chapoton_____
Douglas M. Chapoton