# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **ROBERT L. SALIM** | **CIVIL DOCKET NO. 1:19-CV-0442** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

In consideration of the Court's ORDER [Doc. 64] and the parties advising the Court that the issue of attorney's fees has been resolved, the Clerk is now directed to close this case.

THUS, DONE AND SIGNED in Chambers on this 5th day of February 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE